Elizabeth L. Kallman, Appellant, v. M. Raymond Kallman, Respondent.—

Nolan, P. J.,
Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.